BRYAN J. FREEDMAN, ESQ. (SBN 151990)
bfreedman@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
T: (310) 201-0005 | F: (310) 201-0045

BRENDAN S. MAHER (SBN 217043)
brendan.maher@strismaher.com
STEVEN B.F. STIGLITZ (SBN 222667)
steven.stiglitz@strismaher.com
STRIS & MAHER LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FRAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MEMORY ENTERPRISES, LLC, a Delaware corporation; MICHAEL DOTTINO, an individual; LYNN WILLIAMS, and individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:17-cv-07172–MWF–JPR<br><br>[Assigned for all purposes to Hon. Michael W. Fitzgerald]<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION |

The Court, having considered the stipulation for dismissal with prejudice of the entire action jointly filed by Plaintiff/Counterclaim Defendant Leslie Fram ("Fram"), Counterclaim Defendant Nurowave, Inc. ("Nurowave"), and Defendants and Counter-Claimants Memory Enterprises, LLC ("MEL") and Michael Dottino ("Dottino") (collectively, the "Parties"), and finding good cause therefor, hereby dismisses the entire action, including the Second Amended Complaint and Counterclaim, with prejudice. The parties to this action shall each bear his/her/its own costs and attorneys' fees. The Court reserves and retains jurisdiction to enforce the settlement agreement among the parties.

Dated: September 24, 2018

*/s/ Michael W. Fitzgerald/*
Hon. Michael W. Fitzgerald
UNITED STATES DISTRICT COURT JUDGE